# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CARTER<br><br>          Plaintiff(s),<br><br>     v.<br><br>ISAIAH PACHECO, et al.<br><br>          Defendant(s). | CASE NO.<br>5:20−cv−02239−DSF−RAO<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before .  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: June 16, 2021                     /s/ *Dale S. Fischer*
                                            Dale S. Fischer
                                            United States District Judge