JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CARTER,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ISAIAH PACHECO; LUCY PACHECO,<br>　　　　Defendants. | CV 20-2239 DSF (RAOx)<br><br>JUDGMENT |

　　The Court having granted the Application for Default Judgment,

　　IT IS ORDERED AND ADJUDGED that Plaintiff Ramon Carter have judgment in his favor and against Defendants Isaiah Pacheco and Lucy Pacheco in the amount of $4,000 in statutory damages and $2,189.40 in attorney's fees. Plaintiff may recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

　　IT IS FURTHER ORDERED that Defendants Isaiah Pacheco and Lucy Pacheco provide wheelchair accessible paths of travel at Pacheco Auto Sales located at 19046 Valley Blvd, Bloomington, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

　　IT IS SO ORDERED.

DATED: October 26, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE